2/28/05

2:05-cv-51

To Honorable Judge

From Roberta Sabin

Subect (Clara) + Ray Sr Last will + testement Millatry Style

I seek releef from abuse from my family

*[signature: Rob Sabn]*

Robert Sabn

46 No Ave

Burl UT

CC Dr Melisa Brandis

2/25/05

# Notis of Service

~~Hand~~ Delived
By mail

Little and Cicchelli

Po Box 907

Burl UT 05402-0907

I Robert Allen Sabin being Duly sworn to this court and deposes and says

1.) I am over the age of 18 years and am a Resident of 46 North Ave, City of Burlington, County of Chittenden State of Vermont

2. I am a desendent of Raymond and Clara Sabin Sr both Deceased. Formsley of 101 Wester Ave city of Burling, Countey of Chittened, State of Vermont

3.) I had cared for and lived with my aging parents for the last 15 years.

4. Upon my Fathers death I ask Mary Brown and Ronald Sabin for a copy of my parents will. as They told me They Had spoke to a Lawer. They never gave me one until the mail from Little + Cicchetti, P.C. Last Friday afternoon 2/25/05.

5. I have not been in my parents House since 203 days after Dads Death, when I saw my

personal belongs missing.

6) I have ask the probate court to Look into This

7) Because the last will is of a Millitary Style I ask you to Look at and Revoke it.

8.) I have not ask this court for relife, help or assance befor Now

9.) Ray in deposition in front of state Atty unclear of legal dockuments

Robert Sabin
46 North Ave
Burl VT
05401
8633512

CC Dr Melss Brandis

United States District Court    Distirt of UT

Robert Allen Sabin

Mary R Brown and Ronald Sabin

Motion to Contest

Last Will and testament of

Raymond Hollis Sabin Sr

# LAST WILL AND TESTAMENT

# OF

# RAYMOND HOLLIS SABIN SENIOR

I, **RAYMOND HOLLIS SABIN, SR.,** Social Security Number 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, of the State of Vermont, declare that this is my LAST WILL AND TESTAMENT and I revoke all other wills and codicils previously made by me.

I. I appoint my daughter, MARY BROWN, of Essex, Vermont as my Personal Representative concerning this Will. If my daughter, MARY BROWN, is unable or fails to serve, I then appoint my son, RONALD SABIN, of Arizona, to serve as my Personal Representative.

    A. I request that my Personal Representative be permitted to serve without bond or surety thereon and without the intervention of any court, except as required by law. I direct that my Personal Representative act in unsupervised administration so as to administer my estate with a minimum of court supervision. If it becomes necessary to have ancillary administration of my estate in any jurisdiction where my Personal Representative is unable or does not desire to qualify as ancillary legal representative, I appoint as such ancillary legal representative such individual or corporation as my Personal Representative shall designate, in writing.

    B. I direct my Personal Representative to pay the expenses of my last illness, the expenses of a funeral appropriate to my station in life and custom of living (including a suitable monument or marker for my grave), and written charitable pledges which I have made. I grant my Personal Representative the power to extend or renew any debt for such time as my Personal Representative shall deem appropriate.

    C. All estate, inheritance, succession and other death taxes with respect to all property passing under this my Will shall be paid from and borne by the principal of my residuary estate, without regard to reimbursement, as if such taxes were administration expenses. My Personal Representative may pay such taxes at any time deemed advisable, whether or not then due and payable.

    D. My Personal Representative is requested to settle my estate as soon after my death as may be practicable, and to pay or deliver every legacy or

bequest to my beneficiaries without waiting any time that may be believed to be customary in probate matters.

 E. I have served in the Armed Forces of the United States. Therefore, I direct my Personal Representative to consult with a Legal Assistance Attorney at the nearest military installation and with the Department of Veterans Affairs and the Social Security Administration to ascertain if there are any benefits to which my family members are entitled by virtue of my military service.

 F. I may leave a letter of intent with the executed copy of this Will for the purpose of giving guidance to my Personal Representative concerning the distribution or sale of certain items of my property. I request, but do not require, that my Personal Representative honor my wishes therein expressed.

II. I give, devise and bequeath, absolutely and forever, all of my estate and property of which I may be seized or possessed, or to which I may be entitled, at the time of my death, wherever situated or of whatever nature, be it real, personal, or mixed, to my daughter, MARY BROWN, my son, RAYMOND H. SABIN, JR., my son, ROBERT A. SABIN, my son, RONALD N. SABIN, and my daughter, BARBARA R. DESJARDINS, in shares of substantially equal value to be divided as they may agree.

 A. If any of my children shall not survive me, then I give the share of that deceased child to my surviving children in shares of substantially equal value to be divided as they may agree.

 B. If none of my children survive me, then I give, devise, and bequeath, absolutely and forever, all of my estate and property of which I may be seized or possessed, or to which I may be entitled, at the time of my death, wherever situated or of whatever nature, be it real, personal, or mixed, to the descendants of my child or children, who are to take per stirpes and not per capita, in shares of substantially equal value to be divided as they may agree. In order to receive a share of my estate under this paragraph, a descendant of any child of mine must survive me.

 C. If they are unable to agree, the division among my children, or among the surviving descendants of my children, in the event that none of my children shall survive me, shall be made by my Personal Representative, in that person's sole and absolute discretion. I empower my Personal Representative to sell any or all of such property, if such property is not distributed in kind hereunder, and to distribute the proceeds among my said children, or among the surviving descendants of my children, in the event that none of my children shall survive me, in substantially equal shares. Any determination of my Personal Representative as to what should pass or be sold under this

paragraph and to whom it should pass or be delivered or at what price it should be sold shall be conclusive.

   III.   In the event that none of my children and none of their descendants shall survive me, I give, devise and bequeath, absolutely and forever, all of my estate and property of which I may be seized or possessed, or to which I may be entitled, at the time of my death, wherever situated or of whatever nature, be it real, personal, or mixed, to my grandchildren, or to the survivor, in shares of substantially equal value, to be divided as they may agree.

   A. If any of the persons named above in this paragraph shall not survive me, I give the share of that deceased person to those persons named above in this paragraph who do survive me in shares of substantially equal value to be divided as they may agree.

   B. If they are unable to agree, the division shall be made by my Personal Representative, in that person's sole and absolute discretion. I empower my Personal Representative to sell any or all of such property, if such property is not distributed in kind hereunder, and to distribute the proceeds among the persons named in this paragraph, or the survivor, in substantially equal shares. Any determination of my Personal Representative as to what should pass or be sold under this paragraph and to whom it should pass or be delivered or at what price it should be sold shall be conclusive.

   IV. If any beneficiary to any share of my estate which is not subject to the provisions of any trust which may be created by this will is at the time of distribution of his or her share, a minor under the laws of his or her domicile, I direct that the minor's share be converted into qualifying property and delivered to the Minor's Guardian as Custodian for the minor under the Uniform Gifts to Minors Act or the Uniform Transfers to Minors Act as may then be in effect in either the state in which the beneficiary or the Custodian resides, or any other state of competent jurisdiction.

   A. The Uniform Gifts to Minors Act or The Uniform Transfers to Minors Act, as may then be in effect in the state concerned, is hereby incorporated by reference. The property affected by the Act shall be managed, held, and distributed in accordance with the provisions of the Act.

   B. The financial custodian will serve without bond or surety and without intervention of any court, except as required by law.

   C. The receipt by the Custodian, for the minor, of any principal or income transferred pursuant to this paragraph shall be a full acquittance and discharge of my Personal Representative or Trustee, as applicable, from liability

with respect to such transfer and from further accountability for the principal or income so transferred.

V. Except as otherwise provided in this Will, I have intentionally failed to provide for any other relatives or other persons, whether claiming to be an heir of mine or not. Insofar as I have failed to provide in this Will for any of my issue now living or later born or adopted, such failure is intentional and not occasioned by accident or mistake.

VI. Any beneficiary who fails to survive until One Hundred and Twenty (120) hours after my death shall be deemed to have predeceased me, and the gift to that beneficiary shall be disposed of accordingly.

VII. Definitions:

A. The term "descendants" as used in this Will means the immediate and remote lawful, lineal descendants by blood or adoption of the person referred to who are in being at the time they must be ascertained in order to give effect to the reference to them.

B. The term "children" as used in this Will includes adopted and afterborn persons. The term "children" as used in this Will shall include step-children, the natural born or adopted children of a person's spouse who are not the natural born or adopted children of the person. A relationship by or through legal adoption shall be treated the same as a relationship by or through blood for purpose of succession to property under this Will.

C. The term "Personal Representative" as used in this Will shall have the same meaning as Executor, Executrix, Independent Executor, or any other title of like import which is used to describe such a fiduciary.

VIII. In addition to any powers granted by the laws of the jurisdiction in which this Will is probated, I hereby authorize and empower the fiduciaries named in this Will, to the extent of the discretion herein granted, to sell, exchange, convey, transfer, assign, mortgage, pledge, lease or rent the whole or any part of my real or personal estate, to invest, reinvest, or retain investments of my estate, to perform all acts and to execute all documents which my fiduciaries may deem necessary or proper in regard to my property. If any of my fiduciaries elect to receive compensation for services, such compensation will be that allowed by law.

IX. If any part of this Will shall be invalid, illegal, or inoperative for any reason, it is my intention that the remaining parts, so far as possible and reasonable, shall be effective and fully operative. My Personal Representative

may seek and obtain court instructions for the purpose of carrying out as nearly as may be possible the intention of this Will as shown by the terms hereof, including any terms held invalid, illegal, or inoperative.

This document was prepared under the authority of Title 10 U.S. Code, section 1044, and implementing military regulations and instructions, by ELLEN J. ABBOTT, a member of The Judge Advocate General's Corps, United States Army, who is licensed to practice law in The State Of Vermont

IN WITNESS WHEREOF, I have at Camp Johnson, Colchester, on __16 May 2000__, set my hand and seal to this my LAST WILL AND TESTAMENT, **consisting of 5 typewritten pages**, each page bearing my handwritten signature.

_Raymond Hollis Sabin, Sr._ **(SEAL)**
**RAYMOND HOLLIS SABIN, SENIOR**

The foregoing instrument was, Camp Johnson, Colchester, Vermont, on __16 MAY 2000__, signed, sealed, published and declared by RAYMOND HOLLIS SABIN, Sr., the testator, to be his LAST WILL AND TESTAMENT in the presence of all of us at one time, and at the same time we, at his request and in his presence and in the presence of each other, have hereunto subscribed our names as attesting witnesses, and we do so verily believe that the said testator is of sound and disposing mind and memory at the date hereof.

_John A. Juptte_    _Richard V Brodeur_    _Thomas M. Kelly_

of _South Burlington, VT_    of _Enosburg Falls, VT_    of _BARRE, VT_

State of Vermont

```
CHITTENDEN PROBATE COURT
FILED IN PROBATE OFFICE
FEB 28 2005
SUSAN L. FOWLER, JUDGE
```

District of Cittenden

City of Burlington

Reason: Estate of Raymond Hollis Sabin SR.

Motion to Deny
And
Seize and assit

Probate Oocket #

CHITTENDEN PROBATE COURT
FILED IN PROBATE OFFICE
FEB 28 2005
SUSAN L. FOWLER, JUDGE

I Robert Allen Sabin, Being Duly Sworn and deposes and says

1.) I am over 18 years of age and resident of 46 North Ave, city of Burlington, County of Chittenden, State of Vermont

2.) I am a desendant of Raymond Sabin Sr and Clara Sabin both deceased. Formaly of 101 Western Ave, Burl. UT 05401.

3.) A will + testament is being Pesented in this case that is being contested in Federal court in the State of Vermont.

Dated 5/16/2000

4.) Mary Brown and Ronald Sabin Have been executing said will.

5.) I have not been in 101 Western Ave since 2 or 3 days following my fathers death and Have my winter close and Boots Their.

6) I have see some of my personal belongs come missing at that Time of Death and Have yet been alowet get the Rest.

7.) I took care and Lived with my parents off and on the Last 15 years+. Oaing Banking, IVs, and other bennies for them. until their Oeath

8. I ask the court for Relief to get my close + boots to size and assist

9. to ask for a list of antiges and prperties Removed but not ewated to,

10. appoint an execitor

11. I have wot ask this court for help or assistance

Robert Sabin
46 No Ave
Burl UT
863-3512

cc
Little + Cicchelli
For
Mary Brown
Ronald Sabin